UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TOMAS D. CUESTA, SR.,**

    **Petitioner,**

v.                                         Case No. 21-CV-695

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,**

    **Respondent.**

---

## ORDER

---

Tomas D. Cuesta, Sr., who is currently incarcerated at the Stanley Correctional Institution, sought a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket # 14), which this Court denied on May 11, 2022 (Docket # 26). Judgment was entered the following day, May 12, 2022. (Docket # 27.) Cuesta appeals the denial of his habeas petition. (Docket # 28.) Cuesta asserts that he has sufficient funds in his regular prison trust account to pay the appellate filing fee of $505.00; however, he moves the Court for an order allowing him to pay the fee from his regular account. (Docket # 32.)

The Court has no authority to order the prison to make that deduction from his regular account. If Cuesta wishes to use funds from his regular account to pay his appellate filing fee, he needs to submit a disbursement request to the business office of his institution. Thus, Cuesta's motion (Docket # 32) is denied.

Dated at Milwaukee, Wisconsin this 9th day of June, 2022.

BY THE COURT

*[signature: Nancy Joseph]*

_____
NANCY JOSEPH
United States Magistrate Judge